# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-068-759**

Effective Date of Registration:
September 11, 2017

## Title

**Title of Work:** Group Registration of published photographs; Jeff Bachner-2017 Photos; all published 06/20/2017-9/10/2017; 131 photographs

**Content Title:** Bachner_Greenmarket_6.20.jpeg
Bachner_GreenmarketWorldtrade_6.20.17.jpeg
Bachner_OculusPlaza_6.20.17.jpeg
6/20/2017

BACHNE~1.JPEG
6/21/2017

Bachner_deblasio_6.24.jpg
Bachner_LillianaMedina_6.24.17.jpg
6/24/2017

Bachner_1972PlymouthFury_6.25.jpeg
Bachner_Blasio_6.25.jpg
6/25/2017

Bachner_Ferry_6.26.17.jpeg
Bachner_ScottStringer_6.26.17.jpeg
6/26/2017

bachner_Blasio_6.27.17.jpg

Bachner_PaulMassey_6.28.jpeg
Bachner_UFTpresident_6.28.17.jpg
6/28/2017

Bachner_Fireworks_7.1.17.jpg
Bachner_Glencove_7.1.17.jpeg
Bachner_LIRR_7.1.17.jpeg
Bachner_Student_7.1.17.jpeg
7/1/2017

Bachner_Kamran_7.2.17.jpg

Bachner_Zaquann_7.3.17.jpg

Bachner_Hotdogcontest_7.4.1.jpg
Bachner_Hotdogcontest_7.4.2.jpg
Bachner_Hotdogcontest_7.4.3.jpg
Bachner_Hotdogcontest_7.4.4.jpg
Bachner_Hotdogcontest_7.4.5.jpg

Bachner_Hotdogcontest_7.4.6.jpg
Bachner_Hotdogcontest_7.4.7.jpg
Bachner_Hotdogcontest_7.4.8.jpg
Bachner_Hotdogcontest_7.4.9.jpg
Bachner_Hotdogcontest_7.4.10.jpg
Bachner_Hotdogcontest_7.4.11.jpg
Bachner_Hotdogcontest_7.4.12.jpg
Bachner_Hotdogcontest_7.4.13.jpg
Bachner_Hotdogcontest_7.4.14.jpg
Bachner_Hotdogcontest_7.4.15.jpg
7/4/2017

Bachner_LavernWilkinson_7.5.17.jpg

Bachner_GlenCove_7.6.17.jpg
Bachner_Summerofhell_7.6.17.jpeg
7/6/2017

Bachner_Crowd_7.7.17.jpg
Bachner_Line_7.7.17.jpg
Bachner_LIRR_7.7.17.jpg
7/7/2017

Bachner_ScottStringer_7.8.17.jpg

Bachner_ScottStringer_7.9.17.jpeg

Bachner_78storyapt_7.11.17.jpg
Bachner_Blasio_7.11.17.jpg
Bachner_Buildingsite_7.11.17.jpg
Bahchner_detectives_7.11.17.jpg
7/11/2017

Bachner_Blasio_7.12.17.png
Bachner_DuWayne_7.12.17.jpeg
Bachner_LetitiaJames_7.12.17.jpg
7/12/2017

Bachner_ten_7.13.17.jpeg

Bachner_JamesMckeon_7.15.17.jpg
Bachner_Mckeon_7.15.17.jpg
Bachner_Mckeon1_7.15.17.jpg
7/15/2017

Bachner_Gambino_7.16.17.jpg
Bachner_Gambino2_7.16.17.jpg
Bachner_Gambino3_7.16.17.jpg
Bachner_Gambino5_7.16.17.jpg
Bachner_Gambino6_7.16.17.jpg
Bachner_Schumer_7.16.17.jpeg
bachner-Gambino4_7.16.17.jpg
7/16/2017

Bachner_JamesOneil_7.17.17.jpeg
Bachner_Petstore_7.17.17.jpg
BahnerGambino_7.17.17.jpg
7/17/2017



Bachner_Building_7.18.17.jpg
Bachner_door_7.18.17.jpg
7/18/2017

Bachner_Adultsnokids_7.19.17.jpg
Bachner_Elisacampis_7.19.17.jpg
Bachner_JoeLhota1_7.19.17.jpeg
Bachner_trains_7.19.17.png
7/19/2017

Bachner_Blasio_7.20.17.jpg
Bachner_NicoleMalliotakis_7.20.17.jpg
Bachner_nokids_7.20.17.jpg
7/20/2017

Bachner_Mike_7.21.17.jpg

Bachner_LongIsland_7.22.17.jpg

Bachner_billdeblasio_7.23.17.jpeg
Bachner_blasiotrain_7.23.17.jpeg
7/23/2017

Bachner_Jon Lovitch, 7/24/17.jpeg
Bachner_Proof Coffee Roasters, 7/24/17.jpeg
7/24/2017

Bachner, ferry, 7/26/2017.jpeg
Bachner, Nicole Malliotakis , 7/26/2017.jpeg
Bachner, Protesters, 7/26/2017.jpeg
7/26/2017

Bachner, Scott Stringer, 7/28/2017.jpg

Bachner, Washington Square Park Arch, 7/30/2017.jpeg
Bachner, Joe Lhota, 7/30/2017.jpeg
7/30/2017

Bachner, 78th Street, 8/1/2017.jpg
Bachner, Jahkeem Alexandre, 8/1/2017.jpg
8/1/2017

Bachner_josePerez_8.2.17.jpeg
Bachner, ferry, 8/2/2017.jpeg
Bachner, Pat Foye, 8/2/2017.jpeg
Mcglynn_Blasio_8.2.17.jpg
8/2/2017

Bachner_PatFoye_8.3.17 10.29.13 AM.jpeg
Bachner_PatFoye_8.3.17.jpeg
8/3/2017

Bachner_ElijahMcguire_8.7.17.jpg
Bachner_Ferry_8.7.17.jpeg
8/7/2017

Bachner_CancerCenter_8.8.17.jpg
Bachner_Memorialsloan_8.8.17.jpg
8/8/2017

Bachner_Parade1_8.13.17.jpg
Bachner_Parade2_8.13.17.jpg
Bachner_Parade3_8.13.17.jpg
Bachner_Parade4_8.13.17.jpg
Bachner_Parade5_8.13.17.jpg
Bachner_Protest_8.13.17.jpg
8/13/2017

Bachner_Ferry_8.15.17.jpeg
Bachner_starbucks_8.15.17.jpeg
Bachner_toddbowles_8.15.17.jpg
8/15/2017

Bachner_macysfireworks_6.30.17.jpg

Bachner_JamalJoseph_8.17.17.jpg
Bachner_MoynihanHall_8.17.17.jpeg
Bachner_NYCops-8.17.17.jpeg
Bachner_REv_8.17.17.jpeg
8/17/2017

Bachner_Shooting_8.19.17.jpg

Bachner_QueensLibrary_8.20.17.jpeg

Bachner_MarkViverito_8.21.17.jpg
Bachner_MarkViverito2_8.21.17.jpg
8/21/2017

Bachner_DavidGreenfield_8.24.17.jpg

Bachner_JMarionSimsstatue_8.26.17.jpg

Bachner_Blasio_8.27.17.jpeg
Bachner_Melissa-MarkViveriti_8.27.jpg
8/27/2017

Bachner_Ferry_8.29.17.jpeg

Bachner_NYPD_9.1.17.jpeg

Bachner_Brownsvilleshooting_9.2.17.jpg
Bachner_Shooting_9.2.17.jpg
9/2/2017

Bachner_JeanAlexander_9.3.17.jpg

Bachner_councilman_9.4.17.jpg
Bachner_JamellPurnell_9.4.17.jpg
BAchner_Purnell_9.4.17.jpg
Bachner_Purnell2_9.4.17.jpg
9/4/2017

Bachner_Blasio_9.5.17.jpeg

Bachner_GennadyGolovkin_9.7.17.jpg

Bachner_JamesGiaccone_9.9.17.jpeg



Bachner_Wallstreet_9.10.17.jpeg

## Completion/Publication

        Year of Completion: 2017
       Date of 1st Publication: June 20, 2017
     Nation of 1st Publication: United States

## Author

-              Author: Jeff Bachner
          Author Created: photograph
        Work made for hire: No
            Domiciled in: United States

## Copyright Claimant

       Copyright Claimant: Jeff Bachner
                               110 Shore Blvd., Brooklyn, NY, 11235, United States

## Certification

               Name: Richard Liebowitz
                Date: September 11, 2017



**Registration #:** VA0002068759
**Service Request #:** 1-5729307910

Liebowitz Law Firm, PLLC
Richard Liebowitz
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580 United States

